TIMOTHY COURCHAINE
United States Attorney
District of Arizona
W. VINNIE LICHVAR
Assistant United States Attorney
Arizona State Bar No. 028112
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: vinnie.lichvar@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAR 2 5 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Benjamin Johnson,<br><br>　　　　Defendant. | No.  CR-25-08043-PCT-DWL (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR – Second Degree Murder)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR – Assault with a Dangerous Weapon)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR – Assault Resulting in Serious Bodily Injury)<br>Count 3<br><br>18 U.S.C. § 924(c)(1)(A)(i)(ii)(iii)<br>(Use of a Firearm During Crimes of Violence)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about October 1, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BENJAMIN JOHNSON, an Indian, with malice aforethought, did unlawfully kill L.J.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about October 1, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BENJAMIN JOHNSON, an Indian, did intentionally and knowingly assault L.J., with a dangerous weapon, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 3

On or about October 1, 2024, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BENJAMIN JOHNSON, an Indian, did intentionally, knowingly, and recklessly assault the victim, L.J., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 4

On or about October 1, 2024, in the District of Arizona, the defendant, BENJAMIN JOHNSON, did knowingly use, carry, brandish, and discharge a firearm during and in relation to crimes of violence and did knowingly possess, brandish, and discharge the firearm, in furtherance of crimes of violence, that is Second Degree Murder and Assault With a Dangerous Weapon as alleged in Counts 1 and 2, felony crimes prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i)(ii)(iii).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: March 25, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
W. VINNIE LICHVAR
Assistant U.S. Attorney